SO ORDERED.

DONE and SIGNED January 24, 2022.



_____
JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 21-10421 |
| | § | |
| Lucien Harry Marioneaux, Jr. | § | Chapter 11 |
|   Debtor | § | |
| | § | |

## Order

Before the court is a motion for the appointment of a chapter 11 trustee, filed as docket no. 122.

For the reasons set forth in the Memorandum Ruling, this court concludes that "cause" exists as contemplated under 11 U.S.C. § 1104(a)(1), such that a chapter 11 trustee must be appointed in lieu of Debtor continuing to serve as a debtor in possession. This court also concludes that such appointment of a trustee is in the interests of creditors and "other interests of the estate" as contemplated under 11 U.S.C. § 1104(a)(2).

Accordingly, **IT IS ORDERED** that:

1. the motion is hereby **GRANTED**;

2. a Chapter 11 trustee shall be appointed;

3. the United States Trustee is hereby directed to appoint a trustee pursuant to section 1104(a) of the Bankruptcy Code and is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and

4. the court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###