**SO ORDERED.**

**DONE and SIGNED October 12, 2022.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| IN RE: | § | Case Number: 21-10421 |
|---|---|---|
| | § | |
| Lucien Harry Marioneaux, Jr. | § | Chapter 11 |
| Debtor | § | |
| | § | |

## Order

Before the court is a motion to approve compromise, filed as docket no. 331.

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that:

1. the motion is hereby **GRANTED**;

2. the proposed compromise is hereby approved; and

3. the court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###