SO ORDERED.

DONE and SIGNED November 4, 2022.



_____
JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| IN RE: | § | Case Number: 21-10421 |
|---|---|---|
|  | § |  |
| Lucien Harry Marioneaux, Jr. | § | Chapter 11 |
| Debtor | § |  |
|  | § |  |

### Order

Before the court is Debtor's Emergency Motion for Stay Pending Appeal of Order Granting Joint Motion to Approve Compromise, filed as docket no. 433.

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that the motion is hereby **DENIED**.

###